

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Estate of John Breckenridge Gibson, Jr., Deceased

No. 06-17-00059-CV

Appeal from the Probate Court No. 1 of Tarrant County, Texas (Tr. Ct. No. 2011-PR01745-1). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the probate court.

We further order that the appellant, Mildred Diane Fox-Gibson, pay all costs of this appeal.

RENDERED OCTOBER 25, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk